IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DORA KATHLEEN WESTREICHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-1000-SM |
| | ) | |
| ANDREW M. SAUL, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this matter on November 4, 2019.[1] In it, Judge Mitchell recommends this Court grant in part and deny in part Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 2); specifically, that Plaintiff make a payment of $50.00 to the district court clerk on a date determined by this Court, and thereafter, Plaintiff shall pay $50.00 on or before the first day of each month until the filing fee is paid in full.[2] Plaintiff Dora Kathleen Westreicher was advised of her right to object,[3] but she did not.

Upon a de novo review of the record, the Court **ADOPTS** the Report and Recommendation in full. According, Plaintiff is **ORDERED** to make a payment of $50.00 to the district court clerk on or before December 13, 2019. Thereafter, Plaintiff shall pay

---

[1] *See* Report & Recommendation (Dkt. 3).

[2] *See id.* at 4.

[3] *See id.*

1

$50.00 to the district court clerk on or before the first day of each month until the filing fee is paid in full. Failure to pay the filing fee as directed may result in the dismissal of this matter. The district court clerk is **ORDERED** to not issue process until at least $100.00 has been paid toward the filing fee in this matter.

**IT IS SO ORDERED this 3rd day of December, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE